AO 442 (Rev. 10/03) Warrant for Arrest (Rev. 9/05 WDTX)

# UNITED STATES DISTRICT COURT

Western District of Texas

UNITED STATES OF AMERICA

V.

MARIA GARCIA

**WARRANT FOR ARREST**

Case Number: DR-09-CR-708 (01) AM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    MARIA GARCIA
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
VIOLATION OF CONDITIONS OF SUPERVISED RELEASE
(SEE ATTACHED COPY)

in violation of Title(s) _____ United States Code, Section(s) SEE ATTACHED PETITION

JAW
Name of Issuing Officer

Signature of Issuing Officer

U.S. DEPUTY CLERK
Title of Issuing Officer

11/7/2012                Del Rio, TX
Date and Location

DATE ISSUED:    11/7/2012

Bail fixed at $ _____ by    US District Judge Alia Moses
                                       Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PROB 12C
(7/93)

FILED

# United States District Court
for the
## WESTERN DISTRICT OF TEXAS

NOV 6 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Maria Garcia                              Case Number: DR-09-CR-708(1)AM

Name of Sentencing Judicial Officer: Honorable Alia Moses, United States District Judge

Date of Original Sentence: January 13, 2010

Original Offense: 21 U.S.C. § 841-Possession with Intent to Distribute Less Than 50 Kilograms of Marijuana

Original Sentence: 42 months imprisonment followed by a 3 year term of supervised release.

Type of Supervision: Supervised Release                    Date Supervision Commenced: May 15, 2012

Assistant U.S. Attorney: Herbert Lindsey                    Defense Attorney: Jeffery Mulliner

---

### PREVIOUS COURT ACTION

No previous Court action in this case.

### PETITIONING THE COURT

__X__ To issue a WARRANT.

____ To Issue a WARRANT and TRANSFER JURISDICTION to the Western District of Texas.

____ To issue a SUMMONS

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Mandatory Condition No. 1:** "The defendant shall not commit another federal, state or local crime." |
|    | **Mandatory Condition No. 4:** "If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon." |

On October 9, 2012 a criminal complaint was filed in the District of Colorado, Denver Division, alleging that on or about October 8, 2012, the offender along with 3 other codefendants, knowingly and unlawfully possessed any machine gun, in violation of Title 18 United States Code, Sections 922(o), 921(a)(23) and 2; and Title 26, United States Code, section 5845(b). According to the affidavit, the offender and the codefendants, made arrangements with a Homeland Security Investigations Undercover Agent, to purchase 12 fully automatic AK-47 machine guns at a cost of $12,000.00. According to the complaint, the Zeta, drug smuggling cartel provided the funds to make this purchase. The report further states one of the codefendants smuggled some rifles into Mexico through the Port of Entry the previous day.

A true copy of the original, I certify.
Clerk, U. S. District Court

By _____
                 Deputy

*Maria Garcia*
*DR-09-CR-708(1)*
*Petition for Warrant or Summons for Offender Under Supervision*

2. **Standard Condition No. 1:** "The defendant shall not leave the judicial district without permission of the court or the probation officer."

   The offender did not have permission to travel to Denver, Colorado, where she was arrested for Possession of Firearms.

3. **Standard Condition No. 2:** "The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month."

   **Standard Condition No. 9:** "The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer."

   The offender submitted an untruthful and incomplete monthly report alleging she had no contact with a convicted felon, however, she was associating with Raymundo Gonzalez-Vasquez, a convicted felon, and a codefendant in the offender's recent arrest.

4. **Special Condition No. 3:** COMMUNITY SERVICE: "The defendant shall perform 300 hours of community service work without pay, at a location approved by the probation officer, at a minimum rate of four hours per week, to be completed during the first 30 months of supervision."

   The offender failed to perform her CSR hours as ordered by the Court.

5. **Additional Condition No. 1:** "The defendant will attend and participate in a General Equivalency Diploma Program as directed by the Probation Officer, and complete the GED program within the first 28 months of the term of supervision."

   The offender failed to attend and participate in a GED program as instructed by the Court.

U.S. Probation Officer Recommendation:

Ms. Garcia appears to struggle in complying with her conditions of supervised release since her release from the Bureau of Prisons on May 15, 2012. In just 5 months, she committed another federal offense, her fourth offense since 1999. As noted above, she was arrested for Possession of Firearms in Colorado. The offender is also associating with a convicted felon, Raymundo Gonzalez-Vasquez. According to the affidavit, they are associating with members of a known dangerous drug cartel from Mexico. She failed to perform her CSR hours as instructed, and she failed to attend GED classes. The offender has demonstrated disrespect for the law, and has proved to be irresponsible with her choices. She continues to violate her conditions of supervised release based on her criminal actions. With all due respect to the Court, this Officer believes Ms. Garcia's actions merit the issuance of a warrant and revocation of her term of supervised release.

The term of supervision should be

    __X__ revoked.    (Maximum penalty: 2 years imprisonment; Up to Life supervised release; and payment of any unsatisfied monetary sanction previously imposed).

    ____ extended for _____ years, for a total term of _____ years.

____ The conditions of supervision should be modified as follows:

Approved:

_____
Diane M. Rodriguez
Supervising U.S. Probation Officer

Respectfully Submitted,

_____
Sophia V. Ramirez
U.S. Probation Officer,
Date: October 26, 2012
Telephone #: 830-703-2089, ext. 243

cc:   Suzan R. Contreras
      ADCUSPO, San Antonio

Approved:

_____
Erica B. Giese
Assistant U.S. Attorney

---

## THE COURT ORDERS

___ No Action

_✓_ The issuance of a WARRANT. Bond is set in the amount of $ _Detain_ cash /surety
with supervision by the United States Probation Office to continue as a condition of release.

___ The issuance of a SUMMONS.

___ Other

_____
Alia Moses
United States District Judge

_____
11/6/12
Date