

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Jeffrey P. Colwell,
CLERK OF COURT

Room A-105, Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

September 25, 2013

United States Courthouse, Clerk's Office
111 East Broadway, Room L100
Del Rio, TX 78840

Colorado Case Numbers: 13-mj-01136-KMT   and   13-mj-01137-KMT
Receiving Court Case Number: DR-09-CR-708 (01)AM   and   DR-06-CR-01096 (1)AM
Defendant's name: Maria Garcia

Dear Clerk:

The above numbered cases have been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.

Very truly yours,
Jeffrey P. Colwell, Clerk

By: s/C. Pearson
    Deputy Clerk